**No. P67/114.**—Miya Co., Inc. *v.* United States, protests 64/21338, etc. (New York).

Landis, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc.*, and *Hoyt, Shepston & Sciaroni et al.* v. *United States* (44 Cust Ct. 184, C.D. 2173), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 20, 1967

**No. P67/115.**—W. Kay Company, Inc. *v.* United States, protests 297616–K, 317460–K, and 318667–K (New York).

Landis, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), and that the items of merchandise marked "B" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

**No. P67/116.**—New York Merchandise Co., Inc. *v.* United States, protests 58/25665, etc. (Los Angeles).

**No. P67/117.**—United China & Glass Co. *v.* United States, protest 62/1135 (Los Angeles).

Landis, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.